No. 110, Misc. JONES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 155, Misc. DUNCAN *v.* HOLDER, U. S. DISTRICT JUDGE. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for respondent.

No. 190, Misc. NATIONS *v.* BETO, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. Will Wilson,* Attorney General of Texas, and *Sam R. Wilson, Linward Shivers* and *Charles R. Lind,* Assistant Attorneys General, for respondent.

No. 200, Misc. SANCHEZ *v.* TAYLOR, WARDEN. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Isabel L. Blair* for respondent.

No. 253, Misc. DAVIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 254, Misc. ORRIE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 272, Misc. ZUPKO *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.